

# IN THE
# TENTH COURT OF APPEALS

### No. 10-20-00007-CV

## IN THE INTEREST OF S.S., E.F., AND R.C., CHILDREN

**From the 66th District Court
Hill County, Texas
Trial Court No. CV099-19CCL**

## MEMORANDUM OPINION

On January 3, 2020, appellant, Christopher Barnett, filed his notice of appeal in the trial court in this case.  In his notice of appeal, appellant indicated that he is appealing from the trial court's December 5, 2019 order terminating his parental rights and that this case is accelerated.

By a letter dated January 14, 2020, we informed appellant that it appeared that his notice of appeal in this case was untimely.  Specifically, we referred to Texas Rule of Appellate Procedure 26.1(b), which provides that the notice of appeal in accelerated cases must be filed within twenty days after the judgment or order is signed, and noted that because more than twenty days elapsed between December 5, 2019 and January 3, 2020,

it appeared that appellant's notice of appeal was untimely.  *See* TEX. R. APP. P. 26.1(b); *see also In re K.A.F.*, 160 S.W.3d 923, 927 (Tex. 2005) ("[I]n an accelerated appeal, absent a rule 26.3 motion, the deadline for filing a notice of appeal is strictly set at twenty days after the judgment is signed, with no exceptions.").  As such, we requested that appellant file a response, within ten days of January 14, 2020, showing grounds for continuing this appeal.

More than ten days have passed, and appellant has not responded to our January 14, 2020 letter.  Accordingly, we hereby dismiss this appeal.  *See* TEX. R. APP. P. 42.3(c).


JOHN E. NEILL
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Appeal dismissed
Opinion delivered and filed February 12, 2020
[CV06]

